| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**BENJAMIN HESTON (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br><br>Abigale Salvador Agodong<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **10/15/2024**       **Abigale Salvador Agodong**       *[signature]*
                              Printed name of Debtor 1              Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____       _____       _____
                          Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                                           **F 1002-1.EMP.INCOME.DEC**

| | | | | CO #   FILE DEPT.   CLOCK   NUMBER | | |
|---|---|---|---|---|---|---|
| | | | | D0I    006217   000100    0005002305 | | |

# Earnings Statement   ADP

SPROUT YANGBAN LLC
3547 VOYAGER STREET, SUITE 201
TORRANCE, CA 90503

Period Beginning:    09/23/2024
Period Ending:       10/06/2024
Pay Date:            10/11/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ABIGALE S AGODONG
800 SOUTH HARVARD BOULEVARD
APT 526
LOS ANGELES CA 90005

Social Security Number: XXX-XX-9991

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2800 | 23.49 | 405.91 | 475.03 |
| Tips Owed | | | 466.15 | 466.15 |
| **Gross Pay** | | | **$872.06** | 941.18 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -31.05 | 31.05 |
| | Social Security Tax | -54.06 | 58.35 |
| | Medicare Tax | -12.65 | 13.65 |
| | CA State Income Tax | -10.24 | 10.24 |
| | CA SDI Tax | -9.59 | 10.35 |
| | **Other** | | |
| | Tips | -466.15 | 466.15 |
| | **Adjustment** | | |
| | Tip Offset | +466.15 | |
| | **Net Pay** | **$754.47** | |
| | **Net Check** | **$754.47** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 23.49 | |
| Sick Available | | 0.78 |

**Important Notes**
COMPANY PH#:(310) 371-0001

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:            Single
Exemptions/Allowances:
  CA:            0

Your federal taxable wages this period are $872.06

© 2000 ADP, Inc.

16-7038/3220

SPROUT YANGBAN LLC
3547 VOYAGER STREET, SUITE 201
TORRANCE, CA 90503

**Payroll check number:** 0005002305
Pay date:                 10/11/2024

Pay to the order of:    ABIGALE S AGODONG

This amount:  SEVEN HUNDRED FIFTY FOUR AND 47/100 DOLLARS                                    $754.47

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

EAST WEST BANK

THIS IS NOT A CHECK

# Earnings Statement

Pay period: Off-Cycle Payroll
Jul 31, 2024 - Aug 4, 2024 Pay Day: Aug 7, 2024 Chase Chk ( . . . 7986): $153.42

**Company**
Griffin Capital Group LLC
3465 W 6th St
Suite 90-100
Los Angeles, CA 90020
917-246-9285

**Employee**
Abigale Agodong
XXX-XX-9991
800 S Harvard Blvd
Apt 526
Los Angeles, CA 90005

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---:|---:|---:|---:|
| Regular Hours | Hourly | $17.28 | 9.73 | $168.13 | $168.13 |
| **Totals** | | **9.73** | **$168.13** | **$168.13** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---:|---:|
| Social Security | $10.42 | $10.42 |
| Medicare | $2.44 | $2.44 |
| CA SDI | $1.85 | $1.85 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---:|---:|
| Social Security | $10.42 | $10.42 |
| Medicare | $2.44 | $2.44 |
| FUTA | $1.01 | $1.01 |
| CA SUI | $7.23 | $7.23 |
| CA ETT | $0.17 | $0.17 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---:|---:|
| Gross Earnings | $168.13 | $168.13 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $14.71 | $14.71 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $153.42 | $153.42 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $153.42 | $153.42 |
| Total Hours Worked | 9.73 | 9.73 |

**Sick Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

# gusto

# Earnings Statement

Pay period: Aug 5, 2024 - Aug 18, 2024 Pay Day: Aug 21, 2024
Chase Chk ( . . . 7986): $294.89

**Company**
Griffin Capital Group LLC
3465 W 6th St
Suite 90-100
Los Angeles, CA 90020
917-246-9285

**Employee**
Abigale Agodong
XXX-XX-9991
800 S Harvard Blvd
Apt 526
Los Angeles, CA 90005

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $17.28 | 13.73 | $237.25 | $405.38 |
| Paycheck Tips | | | $85.91 | $85.91 |
| **Totals** | | **13.73** | **$323.16** | **$491.29** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $20.04 | $30.46 |
| Medicare | $4.68 | $7.12 |
| CA SDI | $3.55 | $5.40 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $20.04 | $30.46 |
| Medicare | $4.68 | $7.12 |
| FUTA | $1.94 | $2.95 |
| CA SUI | $13.90 | $21.13 |
| CA ETT | $0.32 | $0.49 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $323.16 | $491.29 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $28.27 | $42.98 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $294.89 | $448.31 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $294.89 | $448.31 |
| Total Hours Worked | 13.73 | 23.46 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |